15498

CHAMBERLAIN v. FIRST NATIONAL BANK OF GREENVILLE ET AL.

(24 S. E. (2d), 158)

116

 March, 1942.

118

122

126

128

*Mr. W. B. McGowan,* of Greenville, Counsel for Appellant,

*Messrs. Hingson & Todd, Messrs. Wyche, Burgess & Wofford,* and *Messrs. Price & Poag,* all of Greenville, Counsel for Respondent,

February 2, 1943.

*Per curiam:*

The questions presented by appellant are, in the opinion of this Court, properly disposed of by the order of the Honorable G. Dewey Oxner, Circuit Judge, which is adopted and will be reported as our judgment. For the reasons therein clearly stated, the exceptions are overruled and the judgment of the Circuit Court affirmed.

Mr. Chief Justice Bonham, Messrs. Associate Justices Fishburne and Stukes, and Circuit Judges L. D. Lide and E. H. Henderson, Acting Associate Justices, concur.